# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erol Baral, | No.  CV-26-05007-PHX-JCH |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

On July 28, 2026, the Court entered judgment in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents to immediately release Petitioner from immigration custody under the same conditions that existed prior to his detention. (Doc. 10.) On August 1, 2026, Petitioner filed a Motion to Enforce Court Order, indicating that he was released, but also placed on an Order of Release on Recognizance that imposed additional conditions which did not exist prior to his detention. (Doc. 12.)

Accordingly,

**IT IS ORDERED** that Respondents must file a response to Petitioner's Motion to Enforce Court Order no later than August 13, 2026. The response must provide documentary evidence establishing the alleged additional conditions imposed on Petitioner existed prior to his detention.

Dated this 6th day of August, 2026.

_____
John C. Hinderaker
United States District Judge